1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    JOE HAND PROMOTIONS, INC.,                Case No.  13-cv-03002-JST
                    Plaintiff,
8
                                               **ORDER REGARDING STAY OF THIS**
9          v.                                  **ACTION**

10   RACHEAL MARIE FERGUSON, et al.,           Re: ECF No. 19

                    Defendants.
11

12

13         Plaintiff has brought this action against two Defendants: Racheal Marie Ferguson,

14   individually and doing business as Full Throttle Tavern, and against Marcene Marie McDaniel,

15   individually and doing business as Full Throttle Tavern.  In light of the Notice of Bankruptcy filed

16   by Defendant Ferguson, the Court stayed the case against all Defendants until October 9, 2014.

     ECF No. 17.

17
           Plaintiff has now filed a notice indicating that Defendant McDaniel has also filed for
18
     bankruptcy.  ECF No. 19.  Plaintiff requests that the Court issue an order "staying the pending
19
     action as to defendant . . . McDaniel . . . only."  Id.  The case is already stayed against both
20
     defendants until October 9, 2014.  Since both defendants have filed notices of bankruptcy, a stay is
21
     now also automatically in effect pursuant to 11 U.S.C. § 362.
22
           Independently of the operation of 11 U.S.C. § 362, the Court's stay of this action is in
23
     effect against both defendants until October 9, 2014.  If, at any time before October 9, 2014, the
24
     plaintiff becomes aware that *both* bankruptcy stays have been vacated, modified to allow this
25
     matter to proceed, or terminated by dismissal of *both* bankruptcy actions, plaintiff must
26
     immediately serve and file a notice that the stay is no longer in effect and request the setting of a
27
     Case Management Conference.  Otherwise, the Plaintiff must file a case management statement
28

United States District Court
Northern District of California

1    ten court days before the October 9, 2014 case management conference.

2         **IT IS SO ORDERED.**

3    Dated:  December 2, 2013

4                                                        _____
                                                              JON S. TIGAR
5                                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California